UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHTON A. SMITH #619752,

     Plaintiff,

                                          Case No. 1:23-cv-637

v.

                                          HONORABLE PAUL L. MALONEY

UNKNOWN WILLIAMS, et al.,

     Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants filed a motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 29, 2024, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties.  No objections have been filed. *See* 28 U.S.C. § 636(b)(1).  Therefore,

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 65) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 32) is DENIED.

Dated:  June 27, 2024                          /s/  Paul L. Maloney_____
                                          Paul L. Maloney
                                          United States District Judge