UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ASHTON A. SMITH, #619752,<br>    Plaintiff,<br><br>-v-<br><br>UNKNOWN WILLIAMS, *et al.*,<br>    Defendants. | No. 1:23-cv-637<br><br>Honorable Paul L. Maloney |

# JUDGMENT

The court has resolved all pending claims.  Therefore, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   September 30, 2025             /s/ Paul L. Maloney
                                Paul L. Maloney
                                United States District Judge